B6F (Official Form 6F) (12/07)

IN RE **SANABRIA ALEJANDRO, CARLOS ANIBAL & ROMAN DELGADO, NELIDA**   Case No. **3:08-bk-7361 (230981)**
Debtor(s) (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **24-02759**<br>**ADT SECURITY**<br>**PO BOX 366758**<br>**SAN JUAN, PR 00936** | | J | | | | | 703.94 |
| ACCOUNT NO. **703001500618**<br>**ADVANCED AUTO PARTS**<br>**5008 AIRPORT ROAD**<br>**ROANOKE, VA 24012** | | J | Charge Account 10/77 | | | | 1,313.00 |
| ACCOUNT NO. **04500360980019**<br>**AEE**<br>**PO BOX 363508**<br>**SAN JUAN, PR 00936-3508** | | J | Utility | | | | 745.27 |
| ACCOUNT NO. **052508316018378281**<br>**AMERICAN EXPRESS**<br>**PO BOX 47455**<br>**JACKSONVILLE, FL 32247-7455** | | J | Credit Card 6/00 | | | | 4,054.00 |

**4** continuation sheets attached

Subtotal (Total of this page) $ **6,816.21**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SANABRIA ALEJANDRO, CARLOS ANIBAL & ROMAN DELGADO, NELIDA**   Case No. **3:08-bk-7361 (230981)**
  Debtor(s)   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3499909333357153**<br>**AMERICAN EXPRESS**<br>**PO BOX 47455**<br>**JACKSONVILLE, FL 32247-7455** | | J | Credit Card 1/99 | | | | 30.00 |
| ACCOUNT NO. **539858211798**<br>**CAPITAL ONE**<br>**PO BOX 85184**<br>**RICHMOND, VA 23285-5184** | | J | Credit Card 12/01 | | | | 713.00 |
| ACCOUNT NO. **6075012444101493**<br>**CITIFINANCIAL**<br>**PO BOX 499**<br>**HANOVER, MD 21076** | | J | Loan 12/04 | | | | 790.00 |
| ACCOUNT NO. **6075012047140616**<br>**CITIFINANCIAL**<br>**PO BOX 499**<br>**HANOVER, MD 21076** | | J | Loan 10/07 | | | | 1,730.00 |
| ACCOUNT NO. **xxx-xx-6485**<br>**CONSTRUCCIONES CONTRERAS**<br>**PO BOX 13323**<br>**SAN JUAN, PR 00908** | | J | | | | | 200,000.00 |
| ACCOUNT NO. **070253**<br>**CROSSCO**<br>**PO BOX 363841**<br>**SAN JUAN, PR 00936** | | J | | | | | 7,158.70 |
| ACCOUNT NO. **3265**<br>**FIA CSNA**<br>**PO BOX 17054**<br>**WILMINGTON, DE 19884** | | J | | | | | 0.00 |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **210,421.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SANABRIA ALEJANDRO, CARLOS ANIBAL & ROMAN DELGADO, NELIDA**   Case No. **3:08-bk-7361 (230981)**
           Debtor(s)                                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5460-0201-9118-8176**<br>**FIRST BANK**<br>**PO BOX 19327**<br>**SAN JUAN, PR  00910-1427** | | J | | | | | **601.28** |
| ACCOUNT NO. **517800779201**<br>**FIRST PREMIER BANK**<br>**PO BOX 5519**<br>**SIOUX FALLS, SD  57117-5519** | | J | Credit Card 1/08 | | | | **384.00** |
| ACCOUNT NO. **517800726101**<br>**FIRST PREMIER BANK**<br>**PO BOX 5519**<br>**SIOUX FALLS, SD  57117-5519** | | | Credit Card 8/03 | | | | **389.00** |
| ACCOUNT NO. **486955701803**<br>**FIRST PREMIER BANK**<br>**PO BOX 5519**<br>**SIOUX FALLS, SD  57117-5519** | | J | Credit Card 3/05 | | | | **400.00** |
| ACCOUNT NO. **xxx-xx-6485**<br>**FONDO DEL SEGURO DEL ESTADO**<br>**PO BOX 365028**<br>**SAN JUAN, PR  00936-5028** | | J | Insurance 1999, 2002, 2003, 2004, 2005, 2006, 2007 | | | | **109,790.80** |
| ACCOUNT NO. **1495-115**<br>**HUMBERTO DURAN**<br>**HC 01 BOX 29030**<br>**CAGUAS, PR  00725** | | J | | | | | **117,162.50** |
| ACCOUNT NO. **912090424696674**<br>**ISLAND FINANCE**<br>**BANKRUPTCY DIVISION**<br>**PO BOX 195369**<br>**SAN JUAN, PR  00919-5369** | | J | Loan 12/04 | | | | **671.00** |

Sheet no. __**2**__ of __**4**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **229,398.58**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SANABRIA ALEJANDRO, CARLOS ANIBAL & ROMAN DELGADO, NELIDA**   Case No. **3:08-bk-7361 (230981)**
                                     Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8228630070328052**<br>**LIBERTY CABLEVISION-PR**<br>**PO BOX 719**<br>**LUQUILLO, PR  00773-0000** | | J | | | | | **114.77** |
| ACCOUNT NO. **1056820**<br>**MASTER PRODUCTS**<br>**425 RD. 693 PMB 240**<br>**DORADO, PR  00646** | | J | | | | | **2,033.35** |
| ACCOUNT NO. **410767**<br>**PR CEMENT**<br>**PO BOX 364487**<br>**SAN JUAN, PR  00936** | | J | | | | | **1,000.00** |
| ACCOUNT NO. **850-2252-476**<br>**PUERTO RICO TELEPHONE**<br>**PO BOX 360998**<br>**SAN JUAN, PR  00936-0998** | | J | **Utility** | | | | **201.47** |
| ACCOUNT NO. **787-852-4702**<br>**PUERTO RICO TELEPHONE**<br>**PO BOX 360998**<br>**SAN JUAN, PR  00936-0998** | | J | | | | | **100.00** |
| ACCOUNT NO. **1309308**<br>**RG MORTGAGE**<br>**280 JESUS T. PINERO AVE**<br>**HATO REY, PR  00919** | | J | **Mortgage 6/04** | | | | **31,511.59** |
| ACCOUNT NO.<br>**EUFEMIO MARTINEZ CINTRON**<br>**701 PONCE DE LEON AVE. CENTOR DE SEG 414**<br>**SAN JUAN, PR  00907** | | | **Assignee or other notification for:**<br>**RG MORTGAGE** | | | | |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **34,961.18**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SANABRIA ALEJANDRO, CARLOS ANIBAL & ROMAN DELGADO, NELIDA**  Case No. **3:08-bk-7361 (230981)**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-6485**<br>**ROSAS BLOCK**<br>**BOX 1648**<br>**CANOVANAS, PR 00729** | | J | | | | | 4,893.48 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,893.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **486,491.15**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **SANABRIA ALEJANDRO, CARLOS ANIBAL & ROMAN DELGADO, NELIDA**                    Case No. **3:08-bk-7361 (230981)**
                                                 Debtor(s)                                                                                      (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 25, 2008**            Signature: **/s/ CARLOS ANIBAL SANABRIA ALEJANDRO**
                                                  **CARLOS ANIBAL SANABRIA ALEJANDRO**                            Debtor

Date: **November 25, 2008**            Signature: **/s/ NELIDA ROMAN DELGADO**
                                                  **NELIDA ROMAN DELGADO**                                        (Joint Debtor, if any)
                                                                                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer            Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer                                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only